IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURO LUIS CARRERO ROMERO, | No. 4:26-CV-00009 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| CRAIG A. LOWE, *et al.*, | |
| Respondents. | |

# ORDER

### FEBRUARY 4, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The stay imposed in this matter (Doc. 9) is hereby **LIFTED**;

2. Romero's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

3. The Government must provide Romero with an individualized bond hearing on or before Friday, April 3, 2026. If such a bond hearing is not provided by that date, the Government shall release Romero on his own recognizance pursuant to 8 U.S.C. § 1226(a); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge